**Opinion issued August 2, 2012**



In The

# Court of Appeals

**For The**

# First District of Texas

———

**NO. 01-12-00071-CV**

———

**DORIS COLLEN WILLETTS, Appellant**

**V.**

**MORRISON O. WILLETTS, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-75588**

---

## MEMORANDUM OPINION

Appellant, Doris Collen Willetts, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant

to file brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.